NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLUE CALYPSO, LLC.,**
*Appellant,*

*v.*

**GROUPON, INC.,**
*Cross-Appellant.*

---

2015-1391, -1393, -1394

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2013-00033 and CBM2013-00034.

--------------------------------------------------------------------------------

**BLUE CALYPSO, LLC.,**
*Appellant,*

*v.*

**GROUPON, INC.,**
*Cross-Appellant.*

---

2015-1395, -1396

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2013-00044.

------------------------------------------------------------------------------

**BLUE CALYPSO, LLC.,**
*Appellant,*

*v.*

**GROUPON, INC.,**
*Cross-Appellant.*

———————

2015-1397, -1398

———————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2013-00046.

------------------------------------------------------------------------------

**BLUE CALYPSO, LLC.,**
*Appellant,*

*v.*

**GROUPON, INC.,**
*Cross-Appellant.*

———————

2015-1399, -1401

———————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2013-00046.

BLUE CALYPSO, LLC. v. GROUPON, INC.                                      3

# ORDER

The above-captioned appeals appear to be related.

Accordingly,

IT IS ORDERED THAT:

(1) Appeals 2015-1391, -1393 and -1394 are consolidated. The revised official caption is reflected above. The opening brief shall be due no later than April 28, 2015.

(2) The other appeals shall be considered companion cases to 2015-1391 et al., and assigned to the same merits panel.

                                            FOR THE COURT

                                            /s/ Daniel E. O'Toole
                                            Daniel E. O'Toole
                                            Clerk of Court

s26