NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLUE CALYPSO, LLC.,**
*Appellant*

v.

**GROUPON, INC.,**
*Cross-Appellant*

---

2015-1391, 2015-1393, 2015-1394

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2013-00033.

----------------------------------------------------------------------------

**GROUPON, INC.,**
*Appellant*

v.

**BLUE CALYPSO, LLC.,**
*Appellee*

---

2015-1396

---

2　　　　　　　　　　　　BLUE CALYPSO, LLC. v. GROUPON, INC.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2013-00044.

---

**BLUE CALYPSO, LLC.,**
*Appellant*

v.

**GROUPON, INC.,**
*Cross-Appellant*

_____

2015-1397, 2015-1398

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2013-00046.

---

**BLUE CALYPSO, LLC.,**
*Appellant*

v.

**GROUPON, INC.,**
*Cross-Appellant*

_____

2015-1399, 2015-1401

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2013-00035.

## ON MOTION

Per Curiam.

## O R D E R

The parties move to consolidate oral arguments in the above captioned cases, request additional time for oral argument, and allot argument time for the intervenor, Director of the United States Patent and Trademark Office. The appeals listed above are currently scheduled for oral argument on December 7th, 2015.

IT IS ORDERED THAT:

(1) The motion to consolidate is granted. The appeals listed above are consolidated for oral argument.

(2) The motion for additional time for oral argument is granted. The parties are allotted 30 minutes each for oral argument. Intervenor, Director of the United States Patent and Trademark Office, is allotted 5 minutes of oral argument time.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court